## W. P. NOLAND ET AL *v.* ANNA ELKINS.

**Administrator De Bonis Non—Debt Due From Himself.**

Where an administrator de bonis non has acted improperly in not having an inventory of what came into his hands and thereby failing to preserve the evidence of the debt due by himself to his decedent, all reasonable presumption should be taken against him.

**Interest.**

It was error to compound interest against the administrator with biennial rests.

APPEAL FROM ESTILL CIRCUIT COURT.

December 12, 1867.

OPINION OF THE COURT BY JUDGE WILLIAMS:

As it was the sworn duty of the appraisers and administrator of Zachariah Elkins, deceased, to report the personal estate on the appraisement bills, and they did report the note on Noland at four hundred dollars, this was competent evidence and *prima facie* established the amount of the debt, and which should prevail over the vague and uncertain recollections of witnesses in his behalf, he having become administrator *de bonis non,* and thereby become possessed of the evidence of the debt against him; had he acted properly he would have returned an inventory of what came to his hand, and preserved the evidence of the debts due his decedent from himself, not having done this, all reasonable presumptions should be taken the more strongly against him. It was, however, erroneous to compound the interest with biennial rests. The Statute, Section 25, Chapter 37, 1 Stant., 507, only makes the administrator liable for interest after two years, unless he negatives the presumption that he used the assets.

It was erroneous to adjudge to the widow the entire debt, as she was legally entitled to but a third, yet as the distributees were parties, this would have barred them from any future recovery, and, therefore, was no injurious error to appellant, yet as the judgment must be reversed, upon both the appeal and cross-appeal, for the first and second errors named, it would be well for the court in any subsequent judgment to correct this.

Wherefore the judgment is reversed upon the original and cross-appeals, without costs to either party, with directions to the court below for further proceedings as herein indicated.

*Harlan, Barnes & Lily, for appellants.*

*Burnam, for appellee.*